No. 01–9691.  HILL v. TEXAS.  Ct. App. Tex., 5th Dist.  Certiorari denied.

No. 01–9692.  FERGUSON v. WM. WRIGLEY JR. CO. ET AL. C. A. 7th Cir.  Certiorari denied.

No. 01–9693.  GODEK v. GRAYSON, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 01–9694.  BAEZ v. PORTUONDO, SUPERINTENDENT, SHAW-ANGUNK CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 01–9700.  BREEZE v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 01–9702.  WASSERMAN ET UX. v. BARTHOLOMEW ET AL. Sup. Ct. Alaska.  Certiorari denied.

No. 01–9703.  TAYLOR v. KOTECKI.  C. A. 7th Cir.  Certiorari denied.

No. 01–9704.  WADE v. SUPERIOR COURT OF CALIFORNIA, RIVERSIDE COUNTY.  C. A. 9th Cir.  Certiorari denied.

No. 01–9706.  EDMONDS v. VIRGINIA.  Ct. App. Va.  Certiorari denied.

No. 01–9707.  LUGO v. SHAM ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–9708.  BOBBITT v. WALKER, SUPERINTENDENT, MARION CORRECTIONAL INSTITUTION.  C. A. 4th Cir.  Certiorari denied.

No. 01–9711.  WHEELER v. COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY.  Sup. Ct. Pa.  Certiorari denied.

No. 01–9712.  THOMAS v. STALDER, SECRETARY, LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL. C. A. 5th Cir.  Certiorari denied.

No. 01–9714.  MEEGAN v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.